# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Mag. No. 17-3670 |
| OSCAR D. TANGARIFE,<br>a/k/a/ "Carlos" | : | **ORDER FOR CONTINUANCE** |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (Bernard J. Cooney, Assistant United States Attorney, appearing), and the defendant Oscar D. Tangarife (Marc A. Calello, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right, under 18 U.S.C. § 3161(b), to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the Defendant through his attorney having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 25th day of June, 2018,

ORDERED that the proceedings in the above-captioned matter are continued from the date of this order through July 31, 2018; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

---

HON. MARK FALK, III
United States Magistrate Judge


Consented and Agreed to by:


/s/Marc A. Calello
Marc A. Calello, Esq.
The Law Office of March A. Calello, Esq., P.C.
Counsel for Oscar D. Tangarife, a/k/a "Carlos"


/s/Bernard J. Cooney
Bernard J. Cooney
Assistant U.S. Attorney